Probation Form No. 35 (1/92)

Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JAN 12 2007
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

UNITED STATES OF AMERICA

v.    Crim. No. 4:00CR00257-01 GH

EVE MONIQUE EALY

    On April 4, 2002, the above-named individual was sentenced for the offense of possession with intent to deliver more than 500 grams of cocaine to a prison term of 37 months, with a 4-year term of supervised release to follow. In addition, the following special conditions were ordered: substance abuse counseling; and a $100 special penalty assessment.

Upon release from prison Ms. Ealy began supervision on February 4, 2005, in the Southern District of Texas, Houston division. Substance abuse treatment was successfully completed on August 3, 2005, and the special penalty assessment was paid in full on May 6, 2002. Ms. Ealy has maintained employment and a stable residence. She has not had any violations and has been compliant with all conditions imposed. She has made progressive strides toward achieving supervision objectives and appears to pose no risk to public safety. Her criminal history does not include any history of violence.

Ms. Ealy meets the criteria for early termination recommended by the Judicial Conference Committee on Criminal Law under 18 U.S.C. § 3583 (e)(1); additionally, she has completed 21 months of supervision as required by statute. Therefore, it is recommended that the term of supervision be terminated based upon the recommendation of her supervising probation officer in the Southern District of Texas.

Respectfully submitted,

_____
Meg Johnson
Senior U.S. Probation Officer

Agree: _____
Assistant U.S. Attorney

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this 12 day of January, 2007.

George Howard, Jr.
Honorable George Howard, Jr.
U.S. District Judge